IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM LEE MITCHUM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-615-WKW-SMD |
| CHRISTOPHER M. BLANKENSHIP, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' Motion to Dismiss (Doc. 27), it is

ORDERED that, **on or before April 24, 2023**, Plaintiff shall show cause, if any there be, why the Motion should not be granted.

Plaintiff is advised that failure to file a response in compliance with this Order may result in the undersigned recommending that the case be dismissed.

DONE this 10th day of April, 2023.

Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE