IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM LEE MITCHUM, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>CHRISTOPHER M. )<br>BLANKENSHIP, in his official )<br>capacity, and STEVE MARSHALL, )<br>in his official capacity, )<br>)<br>Defendants. ) | CASE NO. 2:22-CV-615-WKW<br>[WO] |

## **ORDER**

On May 3, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 32.) Upon an independent review of the record, it is ORDERED as follows:

(1)   The Recommendation (Doc. # 32) is ADOPTED.

(2)   Defendants' Motion to Dismiss (Doc. # 27) is GRANTED.

(3)   Plaintiff's Complaint (Doc. # 1) is DISMISSED as MOOT.

(4)   Defendants' Motion to Stay Rule 26 Obligations (Doc. # 15) is DENIED as MOOT.

(5)   Plaintiff's Motion for Temporary Injunction (Doc. # 19) is DENIED as MOOT.

(6)  Plaintiff's Motion to Strike Lamar Pendergrass Declaration (Doc. # 23) is DENIED as MOOT.

(7)  Plaintiff's Motion for Summary Judgment (Doc. # 24) is DENIED as MOOT.

(8)  This action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 24th day of May, 2023.

                                          /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE